## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### Civil Action No: 1:00CV379

**ALLEN WILLIAMS, ET AL.,**

        **Plaintiff,**

**v.**

**ALUMINUM COMPANY OF AMERICA,**

        **Defendant.**

**ORDER GRANTING JOINT MOTION
FOR VOLUNTARY DISMISSAL WITH
PREJUDICE OF PLAINTIFF
PETER BOWDEN**

This matter is before the Court and pursuant to the Joint Motion for Voluntary Dismissal with Prejudice of Plaintiff PETER BOWDEN filed by Plaintiff PETER BOWDEN and Defendant in this matter, and the Court having reviewed the Motion, enters the following Order:

**IT IS HEREBY ORDERED** that this action shall be dismissed, with prejudice, as to Plaintiff PETER BOWDEN.

This the day of December 20, 2005

           __/s/ N. Carlton Tilley, Jr.__
           United States District Judge