IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No: 1:00CV379

ALLEN WILLIAMS, ET AL.,

            Plaintiffs,

v.

ALUMINUM COMPANY OF AMERICA,

           Defendant.

ORDER GRANTING JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFF ALLEN WILLIAMS

This matter is before the Court and pursuant to the Joint Motion for Voluntary Dismissal with Prejudice of Plaintiff ALLEN WILLIAMS filed by Plaintiff ALLEN WILLIAMS and Defendant in this matter, and the Court having reviewed the Motion, enters the following Order:

**IT IS HEREBY ORDERED** that this action shall be dismissed, with prejudice, as to Plaintiff ALLEN WILLIAMS.

This the day of December 21, 2005

                                                      /s/ N. Carlton Tilley, Jr.
                                                   United States District Judge