IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ALLEN WILLIAMS, et al., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 1:00CV00379 |
| ALUMINUM COMPANY OF AMERICA, | ) ) ) | |
| Defendant. | ) ) | |

JUDGMENT

Tilley, Chief Judge

For the reasons set forth in a contemporaneously filed Memorandum Opinion, Defendant Aluminum Company of America's Motion for Summary Judgment [Doc. # 75] is GRANTED as to Plaintiff Emory Johnson, Jr.

This the day of August 29, 2006

                                                  /s/ N. Carlton Tilley, Jr.
                                                  United States District Judge