| | |
|---|---|
| ALLEN WILLIAMS, ET AL., )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>ALUMINUM COMPANY OF )<br>AMERICA, )<br>)<br>    Defendant. ) | 1:00CV00379 |

## ORDER

This matter is before the Court and pursuant to the Joint Motions for Voluntary Dismissal with Prejudice of the following Plaintiffs: Ernest Richardson [149], Marlowe Williams [188], James Lilly [189], Harold Sturdivant [190], Tommy Pemberton [191], Matt Clegg [192], Willie Williams [193], Darcy Colson [201], Elmer Capel [205], Gary McCorkle, Sr. [206-1], Alfred Cagle [207], Arthur Scott [232], William Catlin [233], Dan McCord [239], Joshua Hough [240], Ronnie Williams [241], John Turner [242], Larry Clegg [243], Bobby McDonald [244], Thomas Davis [245], Everitt Greene [246], Wilbert Butler [247], Henry Malone [248], Harold Baldwin [249], Cheryl Gulledge [255], George Gulledge [255], Barbara Pemberton [256], Margie Harris [257], Eric Allsbrook [263] and Sammy Miller [264] and the Court having reviewed the Motions, enters the following Order:

**IT IS HEREBY ORDERED** that this action shall be dismissed with prejudice to the parties' right to proceed.

This the day of March 22, 2007

                                                                     /s/ N. Carlton Tilley, Jr.
                                                                     United States District Judge